# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 23, 2020

**By ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Latie Whitley*
       04 Cr. 1381 (NRB)

Dear Judge Buchwald:

I write to respectfully request that the Court recommend to the Bureau of Prisons that Mr. Whitley serve the remainder of his sentence at the Federal Correctional Complex in Yazoo, Mississippi (FCC Yazoo City). Mr. Whitley has family in Mississippi, and would like to be designated at a facility that offers the job training program, UNICOR, which would provide him the opportunity to gain skills and employment while serving the remainder of his sentence. FCC Yazoo City is one of very few federal prisons that continue to offer UNICOR. That institution includes both low- and medium-security facilities; Mr. Whitley was previously designated to FCI Ray Brook, which is a medium-security facility.

As the Court is aware, Mr. Whitley has been held for an extended period of time at the MDC in Brooklyn. There, he has been unable to receive the training he otherwise would have received at a designated facility. He is looking forward to transferring to a regular federal prison as soon as the BOP resumes the regular movement of prisoners. In preparation for his transfer, I respectfully request that the Court recommend his re-designation to FCC Yazoo City.

```
The Court declines to make a
recommendation with respect to Mr.
Whitley's designation as it is long
after the imposition of sentence on Mr.
Whitley.
```

Respectfully submitted,

/s/ Annalisa Mirón
Annalisa Mirón, Esq.
Assistant Federal Defender

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: July 15, 2020