**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**UNITED STATES COURTHOUSE**
**500 PEARL STREET**
**NEW YORK, NY 10007**

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**(212) 805-0194**

Latie Whitley
P.O. Box 2000
USP Hazelton
Bruceton Mills, WV
26525

**RE: United States v. Latie Whitley**
**04 Cr. 1381 (NRB)**

Dear Mr. Whitley:

The Court is in receipt of your letter motion dated July 14, 2026, in which you allege that the Bureau of Prisons has failed "to provide a 4 ½ year credit" towards your sentence, and request that the Court "clarify" your sentence. See ECF No. 86. To provide you with clarification we have reviewed the docket of your case.

In 1999 you were convicted for a state offense and released on parole in August 2004. ECF No. 30 at 9. However, you were then arrested on or around November 27, 2004, and sentenced by New York State for violating your parole. Id. On December 30, 2004, when you were indicted federally, you were in state custody for your parole violation. Your state sentence did not end until March 24, 2006. This federal sentence for Hobbs Act Robbery, which you are still serving, only began on March 24, 2006. See ECF No. 86 at 5. On June 5, 2009, after a successful appeal of part of your sentence, this Court resentenced you to 300 months with credit for time served. ECF No. 38. However, when your lawyer requested that credit, neither your attorney nor the Government pointed out a portion of the time you had been in jail was for the separate state offense.

The Court has confirmed that you have received credit for time served since March 24, 2006. However, the time where you were in primary state custody between November 27, 2004 and March 24, 2006 cannot count against your federal sentence. Pursuant to 18 U.S.C. § 3585(b) "[a] defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences" **but only** for time "that has not been credited against another sentence." Thus, neither the BOP nor this Court can grant additional credit for the time you served in state custody.

Very truly yours,

Naomi Reice Buchwald
United States District Judge
Dated: August 4, 2026